FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$152,541.00 U.S. CURRENCY, $6,710.87 SALE PROCEEDS, FIREARMS, AMMUNITION, AND ACCESSORIES,<br><br>    Defendants. | No. 1:23-CV-03111-SAB<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** |

    Before the Court is the United States' Motion for Default Judgment and Final Order of Forfeiture, ECF No. 14. The motion was heard without oral argument. The United States is represented by Brian Donovan.

    The United States alleged in a Verified Complaint for Forfeiture *In Rem* that the Defendant property captioned above is subject to forfeiture to the United States, pursuant to 21 U.S.C. § 881. ECF No. 1.

    The Court has jurisdiction over this matter under 28 U.S.C. § 1355, and venue is proper under the same statute.

    The Defendant property being sought for forfeiture is described as follows:

//

//

**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** *1

a. $152,541.00 U.S. currency seized by the Federal Bureau of Investigation on or about December 28, 2022, pursuant to the execution of a Federal Search and Seizure Warrant;

b. a Pietro Beretta, model 92, nine-millimeter pistol, bearing serial number A216636Z.

c. Any and all seized ammunition and accessories, including, but not limited to:
- a holster with "EEZ" initials and (10) rounds of 9mm ammunition
- multiple rounds of misc. ammunition, a 7.62 banana magazine and
- a 9 mm magazine
- 25 rounds of 9mm ammunition and a magazine.

d. $6,710.87 in net proceeds from the sale of 501 Stuart Street, Moxee, Washington, seized on or about May 19, 2023, from Valley Title Guarantee, Inc., Escrow File # 257284, pursuant to the execution of a federal seizure warrant

On September 15, 2023, the United States Marshals Service executed the Warrant of Arrest *In Rem*. ECF No. 6.

On October 10, 2023, the Federal Bureau of Investigation executed the Warrant of Arrest *In Rem*. ECF No. 7.

On October 15, 2023, through November 13, 2023, notice of forfeiture was posted on an official government website, www.forfeiture.gov. ECF No. 8.

On November 8, 2023, Jasmine Chavez Equihua was provided notice of this civil forfeiture action. ECF No. 9.

On February 8, 2024, Eliseo Equihua Zamora was provided notice of this civil forfeiture action. ECF No. 10.

//

**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** *2

On April 22, 2024, Clerk's Orders of Default were entered against Jasmine Chavez Equihua and Eliseo Equihua Zamora. ECF No. 13.

No timely claims to the Defendant Property have been received or filed with the Court, and the deadline for filing timely claims has passed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for Default Judgment and Final Order of Forfeiture, ECF No. 14, is **GRANTED**.

2. A Default Judgment is entered against the interests of **Jasmine Chavez Equihua**.

3. The Defendant Property is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person or entity.

4. The United States Marshals Service **shall dispose of forfeited property** described herein in accordance with law.

5. The Court shall retain jurisdiction in the case for the purpose of enforcing or amending this Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel **AND** the U.S. Marshals.

**DATED** this 14th day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** *3